■ TAPPAN ZEE CAPITAL CORP., Respondent, v HERBERT LINDO, Appellant. [630 NYS2d 253] —Appeal by the defendant from an order of the Supreme Court, Nassau County (Saladino, J.), dated December 9, 1993.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Saladino at the Supreme Court. Sullivan, J. P., Miller, Copertino, Joy and Friedmann, JJ., concur.